UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAEME DONALDSON,<br><br>         Plaintiff,<br><br>v.<br><br>CALENERGY OPERATING CORPORATION, et al,<br><br>         Defendant. | Case No.: 16-CV-1246-DMS-WVG<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVAULATION CONFERNECE; SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On September 16, 2016, the Court held an Early Neutral Evaluation ("ENE") Conference in the above-captioned matter. Mr. James Mitchell appeared on behalf of plaintiff Graeme Donaldson ("Plaintiff"), who was also present. Mr. Craig Schloss and Ms. Aimee Axelrod appeared on behalf of defendant Calenergy Operating Corporation and Berkshire Hathaway Energy Company (collectively "Defendants"), who was represented by Robert Garman. During the ENE Conference, the parties agreed to a settlement.

Having consulted with the attorneys for the respective parties, and good cause appearing, **IT IS HEREBY ORDERED:**

1. The settlement agreement shall be executed on or before **September 23, 2016**.
2. Any terms of the settlement agreement that require action prior to the dismissal of this case shall be complied with on or before **October 11, 2016**.
3. On or before **October 18, 2016**, the parties shall file a joint motion to dismiss

1. this action with prejudice.

4. A telephonic settlement disposition conference is scheduled for **October 19, 2016**, at **8:00 a.m.** The Court will initiate the call. No later than **12:00 p.m.** on **October 18, 2016**, all attorneys intending to participate shall call chambers at (619) 557-6384 and provide a telephone number at which they can be reached at the time of the conference. The Conference will begin promptly at 8:00 a.m. If counsel has not received a call from the Court within five minutes of the Conference start time, counsel shall contact the Court. If the joint motion to dismiss is filed by **October 18, 2016**, then the disposition conference will automatically go off calendar.

**IT IS SO ORDERED.**

Dated: September 19, 2016

Hon. William V. Gallo
United States Magistrate Judge