# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAEME DONALDSON,<br><br>                     Plaintiff,<br><br>v.<br><br>CALENERGY OPERATING CORPORATION, et al,<br><br>                    Defendants. | Case No.: 16-CV-1246-DMS-WVG<br><br>**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE** |

      The Court will hold a telephonic Status Conference at **10:30 a.m.** on **September 30, 2016** regarding the current disposition of the settlement process. The Court will initiate the call. No later than 12:00 p.m. on September 29, 2016, each attorney participating in the conference shall call chambers at (619) 557-6384 and provide a telephone number at which the attorney may be reached at the time of the conference.

      **IT IS SO ORDERED.**

Dated: September 28, 2016

                                                            Hon. William V. Gallo
                                                            United States Magistrate Judge